IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRANDON RICARDO SMITH,

    Plaintiff,

v.                                              CASE NO. 1:13-cv-166-MW/GRJ

CITY OF GAINESVILLE.

    Defendant.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered the Magistrate's Report and Recommendation, ECF No.7, filed November 25, 2013. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The claims against the city of Gainesville Police Department are **DISMISSED** for failure to state a claim.

1

Service will be directed on the remaining Defendant, Officer Kelly, by separate order."[1]

    **SO ORDERED on January 3, 2014.**

                                            **s/Mark E. Walker**
                                            **United States District Judge**

---

[1] In so ruling, this Court recognizes that Plaintiff has filed a Second Amended Complaint. ECF NO. 10. This order does not address the Second Amended Complaint which requires action by the Magistrate Judge.