IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRANDON RICARDO SMITH,

    Plaintiff,

v.                            Case No.  1:13cv166-MW/GRJ

OFFICER JEREMIAH KELLY,

    Defendant.
_____/

ORDER ACCEPTING AND ADOPTING REPORT
AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 37   Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  Defendant's Motion to Dismiss with Prejudice for Failure to Comply with Court Orders, ECF No. 36, is **GRANTED**.  This cause is **DISMISSED with prejudice** for Plaintiff's failure to comply with court orders.  The Clerk shall close the file.

SO ORDERED on October 2, 2015.

                                                  **s/Mark E. Walker               
United States District Judg**